IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

                              Civil No.: 05-185 E

v.

JANET MARIE BEATTY

        Defendant,

## AFFIDAVIT

I, Lori A. Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion for Default and Default Judgment are true and correct to the best of my knowledge, information and belief.

                                                  Lori A. Gibson, Esquire
                                                  Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief.

Executed on the ___8___ day of _Sept_ 2005.

                                                  Lori A. Gibson, Esquire
                                                  Attorney for the United States of America