IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Civil No.: 05-185 E

v.

JANET MARIE BEATTY

        Defendant,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Default and Default Judgment was served on the following parties on the ___8___ day of __Sept__, 2005 by U.S., First-Class Mail.

                      JANET MARIE BEATTY
                      9733 FRANKLIN PIKE
                      MEADVILLE, PA 16335

                                        LORI A GIBSON
                                        PA ID NO: 68013