IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Civil No. 05-185 E

v.

JANET MARIE BEATTY

        Defendant,

### JUDGMENT

**AND NOW**, to wit, this _____ day of _____, 2005, after presentation and consideration of the foregoing Motion for Default and Default Judgment, heretofore filed by the Plaintiff, the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Default is hereby entered against Defendant, Janet Marie Beatty for failure of answer and Judgment by Default is hereby entered against said Defendant and in favor of Plaintiff, the United States of America, as follows:

The amounts due Plaintiff from Defendant on Count I are as follows

(a) Principal and Advances ............................................. $24,656.52
(b) Interest to September 30, 2004 .................................. $ 2,546.03
(c) Interest from October 1, 2004 to September 9, 2005
At the daily rate of $5.65 ............................................... $ 1,943.60
(d) Interest Credit Subject to Recapture ......................... $17,368.84
Total ............................................................................... $46,514.99

together with interest at 11.875% per annum to the date of Judgment, plus interest accruing from the date of Judgment at the legal rate and costs.

The amounts due Plaintiff from Defendant on Count II are as follows:

(a) Principal and Advances .................................................. $14,882.29
(b) Interest to September 30, 2004 ....................................... $ 2,183.67
(c) Interest from October 1, 2004 to September 9, 2005
At the daily rate of $4.84 .................................................... $ 1,664.96
(d) Interest Credit Subject to Recapture ............................... $14,771.92
Total ................................................................................... $33,502.84

together with interest at 11.875% per annum to the date of Judgment, plus interest accruing from the date of Judgment at the legal rate and costs.

The total indebtedness due Plaintiff in both Count I and Count II, through September 9, 2005 is $80,017.83.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiffs' Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
United States District Court Judge