IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs.                                            Civil Action No 05-185E
                                                      Misc

JANET MARIE BEATTY

    Defendants

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $24,656.52 |
| Interest to 9/30/04 | $ 2,546.03 |
| Interest at the daily rate of $5.65 From, 10/1/04 to 11/8/05 the date of Judgment | $ 2,305.20 |
| Interest Credit Subject to Recapture | $17,368.84 |
| Administrative Costs | $ 250.00 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ |
| TOTAL | $47,126.59 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

                                                Respectfully submitted,
                                                BERNSTEIN LAW FIRM, P.C.
                                                By:_____
                                                Lori A. Gibson, Esquire
                                                Attorney for Plaintiff
                                                PA I.D. #68013
                                                Suite 2200 Gulf Tower
                                                Pittsburgh, PA 15219
                                                **DIRECT DIAL: (412) 456-8100**