IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                        Civil Action No 05-185E
                                   Misc No

JANET MARIE BEATTY

    Defendants

### AFFIDAVIT OF LAST KNOWN ADDRESS

        Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

JANET MARIE BEATTY
9733 FRANKLIN PIKE
MEADVILLE, PA 16335

*Lori A Gibson, Esquire*

Sworn to and subscribed
before me this 30th day
of March, 2006

*Cheryl A Bauer*
Notary Public

[Notary seal — Commonwealth of Pennsylvania, Notarial Seal, Cheryl A Bauer, Notary Public, O'Hara Borough, Allegheny County, My Commission Expires July 2...]

NLA003450V001
3/29/2006