IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

        vs                                             Civil Action No 05-185E
                                                      Misc

JANET MARIE BEATTY

    Defendants

### PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

### COUNT I

| | |
|---|---|
| Principal | $24,656.52 |
| Interest to 9/30/04 | $ 2,546.03 |
| Interest at the daily rate of $5.65 From, 10/1/04 to 11/8/05 the date of Judgment | $ 2,305.20 |
| Interest Credit Subject to Recapture | $17,368.84 |
| Administrative Costs | $    250.00 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ |
| COUNT I   TOTAL | $47,126.59 |

### COUNT II

| | |
|---|---|
| Principal and Advances | $14,882.29 |
| Interest to 9/20/04 | $ 2,183.67 |
| Interest from 10/1/04 to 11/8/05 at The daily rate of $4.84 | $ 1,950.52 |
| Interest Credit Subject to Recapture | $14,771.92 |

NLA003450V001
3/30/2006

| | |
|---|---|
| COUNT II   TOTAL | $33,788.40 |
| TOTAL for **Count I and Count II** | $80,914.99 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

Respectfully submitted,
BERNSTEIN LAW FIRM, P.C.
By: _____
Lori A. Gibson, Esquire
Attorney for Plaintiff
PA I.D. #68013
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
**DIRECT DIAL: (412) 456-8100**