IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs                                    Civil Action No. 05-185E
                                              Misc. No.

JANET MARIE BEATTY

    Defendants

## WRIT OF EXECUTION

United States of America    )
                                      )    ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land situate in West Mead Township, Crawford County, Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at an iron pin in the center line of Legislative Route No. 20029, said point marking the Northwest corner of the land herein described, said beginning point also marking the Northeast corner of land sold by Lynn Ehrgott and Carol S. Ehrgott, his wife, to Anthony J. Bevacqua and Barbara A. Bevacqua, his wife; thence South 46° 47' West along the East line of land now of Bevacqua, a distance of 296.57 feet to a point; thence South 47° 15' 30" East along land now or formerly of Robert Stein and E. Ernest Stein, a distance of 150.37 feet to an iron pin; thence North 46° 47' East along land now or formerly of David J. Shreve and wife now William Baker, a distance of 285.97 feet to a point in the center line of Legislative Route No. 20029, thence North 43°13' West along the center line of Legislative Route No. 20029, a distance of 150 feet to the point and place of beginning. Containing 1.003 acres of land by survey made for Lynn Ehrgott and Paul Ehrgott by Henry B. Knapp, Registered Professional Engineer dated March 26, 1966.

BEING the same land conveyed to Janet Marie Beatty, by Deed recorded January 11, 1985 in Crawford County Deed Book Volume 557, Page 1096.

Issue Writ of Execution in the above matter:

NLA003450V001
3/30/2006

## COUNT I

| | |
|---|---|
| Principal | $24,656.52 |
| Interest to 9/30/04 | $ 2,546.03 |
| Interest at the daily rate of $5.65 From, 10/1/04 to 11/8/05 the date of Judgment | $ 2,305.20 |
| Interest Credit Subject to Recapture | $17,368.84 |
| Administrative Costs | $   250.00 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ |
| COUNT I    TOTAL | $47,126.59 |

## COUNT II

| | |
|---|---|
| Principal and Advances | $14,882.29 |
| Interest to 9/20/04 | $ 2,183.67 |
| Interest from 10/1/04 to 11/8/05 at The daily rate of $4.84 | $ 1,950.52 |
| Interest Credit Subject to Recapture | $14,771.92 |
| COUNT II    TOTAL | $33,788.40 |
| TOTAL for **Count I and Count II** | $80,914.99 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

Seal of the Court
Date:_____, 2006                             _____
                                                      DEPUTY CLERK

NLA003450V001
3/30/2006