U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA 05-185 Erie MISC |
| DEFENDANT<br>JANET MARIE BEATTY | TYPE OF PROCESS<br>WRIT OF EXECUTION/NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JANET MARIE BEATTY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9733 FRANKLIN PIKE, MEADVILLE, PA 16335

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SERVE THE ABOVE INDIVIDUAL BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED. IF MAIL IS RETURNED "UNCLAIMED", SERVE PERSONALLY. MUST SERVE BEFORE 6-12-06, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH EXTRA COPIES OF DOCUMENTS WHICH WE PROVIDE HEREWITH.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 3-30-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA 05-185 Erie MISC. |
|---|---|
| DEFENDANT<br>JANET MARIE BEATTY | TYPE OF PROCESS<br>WRIT OF EXECUTION/NOTICE |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JANET MARIE BEATTY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9733 FRANKLIN PIKE, MEADVILLE, PA 16335

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SERVE THE ABOVE INDIVIDUAL BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED. IF MAIL IS RETURNED "UNCLAIMED", SERVE PERSONALLY. MUST SERVE BEFORE 6-12-06, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH EXTRA COPIES OF DOCUMENTS WHICH WE PROVIDE HEREWITH.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 3-30-06

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I [ ] have personally served [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 4/28/06

REMARKS: 4-11-06 Cert 9842 80303751

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs                              Civil Action No. 05-185E
                                    Misc. No.

JANET MARIE BEATTY

    Defendants

## WRIT OF EXECUTION

United States of America    )
                                 ) ss:
Western District of Pennsylvania  )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land situate in West Mead Township, Crawford County, Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at an iron pin in the center line of Legislative Route No. 20029, said point marking the Northwest corner of the land herein described, said beginning point also marking the Northeast corner of land sold by Lynn Ehrgott and Carol S. Ehrgott, his wife, to Anthony J. Bevacqua and Barbara A. Bevacqua, his wife; thence South 46° 47' West along the East line of land now of Bevacqua, a distance of 296.57 feet to a point; thence South 47° 15' 30" East along land now or formerly of Robert Stein and E. Ernest Stein, a distance of 150.37 feet to an iron pin; thence North 46° 47' East along land now or formerly of David J. Shreve and wife now William Baker, a distance of 285.97 feet to a point in the center line of Legislative Route No. 20029, thence North 43°13' West along the center line of Legislative Route No. 20029, a distance of 150 feet to the point and place of beginning. Containing 1.003 acres of land by survey made for Lynn Ehrgott and Paul Ehrgott by Henry B. Knapp, Registered Professional Engineer dated March 26, 1966.

BEING the same land conveyed to Janet Marie Beatty, by Deed recorded January 11, 1985 in Crawford County Deed Book Volume 557, Page 1096.

Issue Writ of Execution in the above matter:

NLA003450V001
3/30/2006

## COUNT I

| | |
|---|---|
| Principal | $24,656.52 |
| Interest to 9/30/04 | $ 2,546.03 |
| Interest at the daily rate of $5.65 From, 10/1/04 to 11/8/05 the date of Judgment | $ 2,305.20 |
| Interest Credit Subject to Recapture | $17,368.84 |
| Administrative Costs | $   250.00 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ |
| COUNT I    TOTAL | $47,126.59 |

## COUNT II

| | |
|---|---|
| Principal and Advances | $14,882.29 |
| Interest to 9/20/04 | $ 2,183.67 |
| Interest from 10/1/04 to 11/8/05 at The daily rate of $4.84 | $ 1,950.52 |
| Interest Credit Subject to Recapture | $14,771.92 |
| COUNT II    TOTAL | $33,788.40 |
| TOTAL for **Count I and Count II** | $80,914.99 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

DEPUTY CLERK

Seal of the Court
Date: 4·4    , 2006

NLA003450V001
3/30/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                              Civil Action No. 05-185E

JANET MARIE BEATTY

    Defendants

## NOTICE OF MARSHAL'S SALE OF REAL ESTATE

To:    JANET MARIE BEATTY
        9733 FRANKLIN PIKE
        MEADVILLE, PA 16335

This is to notify you that the real estate owned by Janet Marie Beatty and more fully described below, will be sold at United States Marshal's Sale on **July 13, 2006 at 11:00 am.** The sale will take place at the **CRAWFORD COUNTY COURTHOUSE WALKER ROOM 3rd FLOOR, MEDVILLE, PA** The property being sold is: 9733 Franklin Pike, Meadville, PA 16335.

ALL that certain piece or parcel of land situate in West Mead Township, Crawford County, Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at an iron pin in the center line of Legislative Route No. 20029, said point marking the Northwest corner of the land herein described, said beginning point also marking the Northeast corner of land sold by Lynn Ehrgott and Carol S. Ehrgott, his wife, to Anthony J. Bevacqua and Barbara A. Bevacqua, his wife; thence South 46° 47' West along the East line of land now of Bevacqua, a distance of 296.57 feet to a point; thence South 47° 15' 30" East along land now or formerly of Robert Stein and E. Ernest Stein, a distance of 150.37 feet to an iron pin; thence North 46° 47' East along land now or formerly of David J. Shreve and wife now William Baker, a distance of 285.97 feet to a point in the center line of Legislative Route No. 20029, thence North 43°13' West along the center line of Legislative Route No. 20029, a distance of 150 feet to the point and place of beginning. Containing 1.003 acres of land by survey made for Lynn Ehrgott and Paul Ehrgott by Henry B. Knapp, Registered Professional Engineer dated March 26, 1966.

BEING the same land conveyed to Janet Marie Beatty, by Deed recorded January 11, 1985 in Crawford County Deed Book Volume 557, Page 1096.

NLA00345V001
3/29/2006

All parties interested and claimants are hereby given notice that a schedule for distribution will be filed by the United States Marshal for the Western District of Pennsylvania not later than 30 (thirty) days after sale and distribution will be made in accordance with the schedule unless exceptions are filed thereto within ten (10) days thereafter.

Claims against property must be filed at the office of the United States Marshal before above sale date.

Claims to proceeds must be made with the Office of the United States Marshal before distribution.

Attached hereto is a copy of the Writ of Execution. It has been issued because there is a Judgment against you. It may cause your property to be held or taken to pay the Judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you

All parties interested and claimants are hereby given notice that a schedule for distribution will be filed by the United States Marshal for the Western District of Pennsylvania not later than 30 (thirty) days after sale and distribution will be made in accordance with the schedule unless exceptions are filed thereto within ten (10) days thereafter.

Claims against property must be filed at the office of the United States Marshal before above sale date.

Claims to proceeds must be made with the Office of the United States Marshal before distribution.

Attached hereto is a copy of the Writ of Execution. It has been issued because there is a Judgment against you. It may cause your property to be held or taken to pay the Judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you
wish to exercise your rights, you must act promptly.

YOU SHOULD TAKE THIS NOTICE AND THE WRIT OF EXECUTION TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL ADVICE.

LAWYER REFERRAL SERVICE
PA BAR ASSOCIATION
PO BOX 186
HARRISBURG, PA 17108
1-800-692-7375

NLA003450V001
3 29 2006

You may have legal rights to prevent the Marshal's Sale and the loss of your property. In order to exercise those rights, prompt action on your part is necessary. A lawyer may be able to help you.

You may have the right to prevent or delay the Marshal's Sale by filing, before the sale occurs, a Motion to Open or Strike the Judgment or a Petition to Stay the Execution.

If the Judgment was entered because you did not file with the Court a defense or objection you might have had within sixty (60) days after a Notice of Lawsuit and Request for Waiver of Service was sent to you or within twenty (20) days after personal service of the Complaint, you may have a right to have the Judgment opened if you promptly file a Motion with the Court alleging a valid defense and a reasonable excuse for failing to file the defense on time. If the Judgment is opened, the Sale would ordinarily be delayed pending a trial of the issue of whether the Plaintiff has a valid claim entitling it to foreclose upon or sell the real property.

You may also have the right to have the Judgment stricken if there has not been valid service of the Complaint or if the Judgment was entered before sixty (60) days after service of Notice Lawsuit and Request for Waiver of Service of Summons was sent to you or within twenty (20) days after personal service of the Complaint or in certain other events. To exercise this right, you would have to file a Motion to Strike the Judgment.

If Judgment was entered against you by confession, you may not have certain of the rights set forth above, but you still may have the right to move to have the Confessed Judgment opened or stricken on proper grounds.

You may also have the right to Petition the Court to stay or delay the execution and Marshal's Sale if you can show a defect in the Writ of Execution or service or demonstrate any other legal or equitable right.

You may also have the right to have the Marshal's Sale set aside if the property is sold for a grossly inadequate price or if there are defects in the Marshal's Sale. To exercise this right, you should file a Petition with the Court after the sale and before the Marshal has delivered his Deed to the property. The Marshal will deliver the Deed if no Petition to Set Aside the Sale is filed within 10 (ten) days from the date when the Schedule of Distribution is filed in the office of the Marshal.

Respectfully submitted,<br>
BERNSTEIN LAW FIRM, P.C.<br><br>
By: _____<br>
Lori A. Gibson, Esquire<br>
Attorney for Plaintiff<br>
PA I.D. #68013<br>
Suite 2200 Gulf Tower<br>
Pittsburgh, PA 15219<br>
<b>DIRECT DIAL: (412) 456-8100</b>

5-185E,WBO/NOTICE,4/11/06,SRB