U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
US MARSHAL

PLAINTIFF: UNITED STATES OF AMERICA

COURT CASE NUMBER
2006 NOV -8 A 3:13
CA 05-185E

DEFENDANT: JANET MARIE PEATTY

TYPE OF ADDRESS
ERIE, PA
HANDBILL CANCEL SALE

SERVE AT: CRAWFORD COUNTY COURTHOUSE, ASSEMBLY ROOM IN BASEMENT, MEADVILLE, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times for Service):

PLEASE CANCEL MARSHAL'S SALE SCHEDULED FOR NOVEMBER 9, 2006 at 11:00 a.m.
USDA REPRESENTATIVE WILL ATTEND TO ANNOUNCE CANCELLATION

Signature of Attorney or other Originator requesting service on behalf of:  X  PLAINTIFF   DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

Remarks: Canceled by USDA

FORM USM-285
Rev. 12/15/80

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 05-195 Erie |
| DEFENDANT | TYPE OF PROCESS |
| JANET MARIE BEATTY | HANDBILL/ADDED SALE |

RECEIVED
U.S. MARSHAL
2006 SEP 27 P 12: 40
2006 OCT -6 P 3: 48

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PITTSBURGH, PA.      ERIE, PA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CRAWFORD COUNTY COURTHOUSE ASSEMBLY ROOM IN BASEMENT, Meadville, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEND MARSHAL"S SALE SCHEDULED FOR November 9, 2006 11:00. THE OPENING BID IS $21,314.00.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Cheryl A Bauer, Legal Asst.
TELEPHONE NUMBER: 412-456-8100
DATE: 9/27/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date / Time  ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:
To ERIE 10/4/06
SOLD TO:
ADDRESS
PHONE:
Ju nee 285

AMOUNT SOLD TO HIGHEST BIDDER $
AMOUNT DEPOSITED AS OF THIS DATE $

PRIOR EDITIONS MAY BE USED    PRINTS COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Crawford County Courthouse, PA hereinafter described property located at 9733 Franklin Pike, Meadville, PA 16335, being more fully described as follows:

ALL that certain piece or parcel of land situate in West Mead Township, Crawford County, Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at an iron pin in the center line of Legislative Route No. 20029, said point marking the Northwest corner of the land herein described, said beginning point also marking the Northeast corner of land sold by Lynn Ehrgott and Carol S. Ehrgott, his wife, to Anthony J. Bevacqua and Barbara A. Bevacqua, his wife; thence South 46° 47' West along the East line of land now of Bevacqua, a distance of 296.57 feet to a point; thence South 47° 15' 30" East along land now or formerly of Robert Stein and E. Ernest Stein, a distance of 150.37 feet to an iron pin; thence North 46° 47' East along land now or formerly of David J. Shreve and wife now William Baker, a distance of 285.97 feet to a point in the center line of Legislative Route No. 20029; thence North 43°13' West along the center line of Legislative Route No. 20029, a distance of 150 feet to the point and place of beginning. Containing 1.003 acres of land by survey made for Lynn Ehrgott and Paul Ehrgott by Henry B. Knapp, Registered Professional Engineer dated March 26, 1966.

BEING the same land conveyed to Janet Marie Beatty, by Deed recorded January 11, 1985 in Crawford County Deed Book Volume 557, Page 1096.

**SAID SALE** to be held at the **ASSEMBLY ROOM IN BASEMENT OF CRAWFORD COUNTY COURTHOUSE, MEADVILLE, PA at 11:00 a.m.** prevailing, standard time, on November 9, 2006.

All those certain tracts of land, together with the buildings, and improvements erected thereon, described as Tax Parcel I.D #3218-9-2-4 Crawford County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Janet Marie Beatty, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution at Civil Action No. 05-185E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Patricia Shufflebarger at 717-237-2293.