UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

        vs.                                  Civil Action No. 05-185 E

JANET MARIE BEATTY,

    Defendant.

CERTIFICATE OF SERVICE

I, Deborah R. Erbstein, Esquire, hereby certify that a true and correct copy of the foregoing Motion was served upon the following parties on **January 4, 2007** by first class U.S. Mail postage pre-paid:

                      Janet Marie Beatty
                      9733 Franklin Pike
                      Meadville PA 16335