UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                        Civil Action No. 05-185 E

JANET MARIE BEATTY,

    Defendant.

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion to Vacate Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that the default judgment entered in this case on November 8, 2005 is hereby vacated, without prejudice. It is further Ordered that the U.S. District Court Clerk is to mark the Judgment vacated on the Judgment Index.

                                                    BY THE COURT.

                                                    _____, J.