IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                       Civil Action No. 05-185E

JANET MARIE BEATTY

    Defendant(s)

## PRAECIPE TO DISCONTINUE WITHOUT PREJUDICE

TO THE CLERK OF COURT:

Discontinue without prejudice the above-captioned matter upon the records of the Court and mark the costs paid.

Respectively submitted,
Bernstein Law Firm, P.C.

By: _____
Attorneys for Plaintiff
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100
**BERNSTEIN FILE NO: F0057261**

Sworn to and subscribed
before me this 15th
day of _____, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nancy Altman, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires June 19, 2010
Member, Pennsylvania Association of Notaries