IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                                                           Civil Action No. 05-185E

JANET MARIE BEATTY

    Defendant(s)

### PRAECIPE TO DISCONTINUE WITHOUT PREJUDICE

TO THE CLERK OF COURT:

Discontinue without prejudice the above-captioned matter upon the records of the Court and mark the costs paid.

Respectively submitted,
Bernstein Law Firm, P.C.

By: _____
Attorneys for Plaintiff
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100
**BERNSTEIN FILE NO: F0057261**

Sworn to and subscribed before me this 15th day of January, 2007

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nancy Aitman, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires June 19, 2010
Member, Pennsylvania Association of Notaries

AND NOW, this 17th day of January, 2007,
IT IS SO ORDERED.

_____
Maurice B. Cohill, Jr.
UNITED STATES DISTRICT JUDGE